## OPINIONS PER CURIAM FROM JANUARY 8, 1912, TO DECEMBER 23, 1912.

No. 727. Pérez et al. v. Hernández et al.—Appeal from the District Court of Aguadilla. Motion of appellants to withdraw appeal. Decided January 8, 1912. Appeal withdrawn. *Mr. Carlos Franco Soto* for appellants. *Messrs. Reichard and Reichard* and *Simón Largé* for respondents.

No. 728. Vélez v. Hernández et al.—Appeal from the District Court of Aguadilla. Motion of appellants to withdraw appeal. Decided January 8, 1912. Appeal withdrawn. *Mr. Carlos Franco Soto* for appellants. *Messrs. Reichard and Reichard* and *Simón Largé* for respondents.

No. 400. The People v. Huertas.—Appeal from the District Court of Ponce. Decided January 18, 1912. Judgment affirmed. Appellant did not appear. *Mr. Charles E. Foote, fiscal,* for respondent.

No. 402. The People v. Heraldo.—Appeal from the District Court of San Juan, Section 2. Decided January 18, 1912. Judgment affirmed. Appellant did not appear. *Mr. Charles E. Foote, fiscal,* for respondent.

No. 802. Rodríguez v. Rivera.—Appeal from the District Court of San Juan, Section 1. Motion to dismiss appeal. Decided January 22, 1912. Appeal dismissed for failure to comply with section 299 of the Code of Civil Procedure as amended by Act approved March 9, 1911. *Mr. Artemio P. Rodríguez* for appellant. *Mr. José L. Pesquera* for respondent.